Hon. Franklin D. Burgess
June 13, 2006
WITHOUT ORAL ARGUMENT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSICA ANDERSON, CRYSTAL ARMSTRONG a/k/a CRYSTAL GENDRON, IVELICE CRUZ, LEEANNA GALLOWAY, SHANIKA MOORE, CHERYL SOUTH, PAMELA VAN NESS, LOUANNE WILLIAMS,<br><br>   Plaintiffs,<br><br>   v.<br><br>CORINTHIAN COLLEGES, INC., a Delaware corporation, ETON EDUCATION, INC., a Washington corporation d/b/a BRYMAN COLLEGE, TIMOTHY ALLEN and GARY McMILLION, Washington State residents,<br><br>   Defendants. | NO.  CV06-5157FDB<br><br>FED. R. CIV. P. 54(b) FINDINGS AND ORDER FOR ENTRY OF JUDGMENT<br><br>**NOTE ON MOTION CALENDAR:**<br>**June 13, 2006**<br><br>**CLERK'S ACTION REQUIRED** |

THIS MATTER having come on before the Honorable Franklin D. Burgess on Defendants Timothy Allen and Gary McMillion's Request for Entry of Fed. R. Civ. P. 54(b) Findings and Judgment, and the Court having considered the pleadings submitted herein, now, therefore:

FED. R. CIV. P. 54(b) FINDINGS AND ORDER FOR ENTRY OF JUDGMENT- 1

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1864131.1

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Defendants' Request is proper and it is further,

ORDERED, ADJUDGED, AND DECREED that there is no just reason for delay of entry of final judgment dismissing Plaintiffs' claims against Defendants Timothy Allen and Gary McMillion with prejudice; and is it further

ORDERED, ADJUDGED, AND DECREED that the Clerk of Court is expressly directed to enter a Judgment dismissing Plaintiffs' claims against Defendants Timothy Allen and Gary McMillion with prejudice.

DONE this 16th day of June 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

s/Gregory D. Shelton, WSBA #36530
Gregory D. Shelton, WSBA #36530
Lisa C. Williams, WSBA #35446
Attorneys for Defendants Corinthian College
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: gshelton@wkg.com

FED. R. CIV. P. 54(b) FINDINGS AND ORDER FOR ENTRY OF JUDGMENT- 2

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1864131.1